junction until the action could be tried, because the undertaking which they would be required to give would amply protect the defendant. Our conclusion, therefore, is that the order appealed from should be reversed, with $10 costs and disbursements, and the motion for preliminary injunction granted, upon the plaintiffs giving the usual undertaking, in the sum of $500. All concur.

(8 Misc. Rep. 366.)

STANTON v. SUPREME COUNCIL OF CATHOLIC MUT. BEN. ASS'N.

(Superior Court of Buffalo, General Term. May, 1894.)

CASE ON APPEAL—REMANDING FOR CERTIFICATE.
    Where a case on appeal is not certified as required by law, it will be sent back for a proper certificate.

Appeal from special term.

Action by Julia Stanton against the Supreme Council of the Catholic Mutual Benefit Association. From an order denying a motion for a stay of proceedings for nonpayment of the costs of a former action, defendant appeals.

Argued before HATCH and WHITE, JJ.

John J. Hynes, for appellant.
Thomas Sullivan, for respondent.

PER CURIAM. No certificate is attached to the appeal book showing that the notice of appeal and the papers presented to the court upon the motion contained therein are copies of such papers. This omission prevents a consideration of the order appealed from. Code Civ. Proc. § 1353; Lewisohn v. Niederwiesen, 40 Hun, 545; Guyon v. Rooney (Sup.) 6 N. Y. Supp. 99. Case is therefore sent back for proper certificate.

Case returned for proper certificate.